AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
DONALD CHILCOAT

)
)  Case No.
)
)
)
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  DONALD CHILCOAT                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(B) - Entering and Remaining in the Gallery of Congress,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings,
18 U.S.C. § 1512(c)(2) - Obstruction or Impeding Any Official Proceeding.

Date:   08/10/2022

2022.08.10
18:08:13 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.             Robin M. Meriweather, U.S. Magistrate Judge
                                               *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/10/22 , and the person was arrested on *(date)* 8/11/22 at *(city and state)* Celina, OH . |
| Date: 8/11/22      *Arresting officer's signature* Chad Smith     Cheal Smith/ Deputy U.S. Marshal  *Printed name and title* |